IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01508-PSF-PAC

KAY PERSICHITTE,

    Plaintiff,

v.

UNIVERSITY OF NORTHERN COLORADO,

    Defendant.

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**
February 8, 2006

    THIS MATTER, having come before the Court upon the Defendant's Unopposed Motion to Amend the Scheduling Order, Doc. # 15, and the Court having reviewed the motion, being fully advised in the premises, and finding good cause, it is hereby

    **ORDERED** that Defendant's Unopposed Motion to Amend the Scheduling Order, Doc. # 15,  is GRANTED in part and DENIED in part as follows:

    The deadlines in the Scheduling Order are stayed for sixty days, until April 8, 2006, or until there is a ruling on defendants' Motion to Dismiss, Doc. # 14, whichever is earlier. It is further

    **ORDERED** that a **status and scheduling conference** is set for **April 17, 2006** at 10:30 a.m. in Courtroom A-501.  A proposed amended scheduling order is to be submitted no later than **April 13, 2006.**