IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-1508-PSF-PAC

KAY PERSICHITTE

Plaintiff,

v.

BOARD OF TRUSTEES OF THE UNIVERSITY OF NORTHERN COLORADO,

Defendant.

**MINUTE ORDER**

ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN:
**April 5, 2006**

  **THIS MATTER**, having come before the Court upon the Defendant's Unopposed Motion to Extend the Stay of Scheduling Order Deadlines and to Vacate the Status and Scheduling Conference set for April 17, 2006, Doc. # 23, and the Court having reviewed the motion and being fully advised in the premises,

  HEREBY **ORDERS** that the Defendant's motion, Doc. # 23 is denied. This case cannot be stayed indefinitely until there is a ruling on defendant's motion to dismiss. The Scheduling Conference will proceed as scheduled on April 17, 2006. The proposed Scheduling Order is due three business days before the conference.

  **Valid current photo identification is needed for courthouse access.**