IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01508-PSF-PAC

KAY PERSICHITTE,

     Plaintiff,

v.

UNIVERSITY OF NORTHERN COLORADO,

     Defendant.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

     IT IS HEREBY **ORDERED** that the Unopposed Motion to Amend the Scheduling Order as to Plaintiff's Expert's Deposition dated July 26, 2006 (doc. 35) is granted.  The discovery deadline is extended to **August 29, 2006** for the purpose of deposing James Evenson.

Dated:  July 28, 2006