IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01508-PSF-PAC

KAY PERSICHITTE,

     Plaintiff,

v.

UNIVERSITY OF NORTHERN COLORADO,

     Defendant.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

     IT IS HEREBY **ORDERED** that the Unopposed Motion for Extension of Time to File Dispositive Motions [filed August 23, 2006; Doc. No. 40] is **GRANTED** as follows:

     Defendant has until on or before September 29, 2006 to file its motion for summary judgment.

     IT IS **FURTHER ORDERED** that the Unopposed Motion to Amend Scheduling Order [filed August 23, 2006; Doc. No. 41] is **GRANTED** as follows:

     The discovery cut-off date is extended to **September 15, 2006.**

Dated:  August 30, 2006