IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01508-PSF-PAC

KAY PERSICHITTE,

   Plaintiff,

v.

UNIVERSITY OF NORTHERN COLORADO,

   Defendant.

## ORDER SETTING CASE FOR TRIAL

   The above-captioned matter has been scheduled for a **four-day jury trial** on the docket of Judge Phillip S. Figa in the U.S. District Courthouse, Courtroom A602, 6th Floor, 901 19th Street, Denver, Colorado, to commence on **Monday, February 5, 2007 at 1:30 p.m.**

   A Final Trial Preparation Conference is set for **Friday, January 26, 2007 at 8:30 a.m.**  The parties are expected to be fully prepared for trial at that time.  **Lead counsel who will try the case shall attend.**

   DATED:  September 28, 2006

                                                                BY THE COURT:

                                                                *s/ Phillip S. Figa*
                                                                _____
                                                                Phillip S. Figa
                                                                United States District Judge