IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01508-PSF-PAC

KAY PERSICHITTE,

    Plaintiff,

v.

UNIVERSITY OF NORTHERN COLORADO,

    Defendant.

---

## ORDER GRANTING MOTION TO AMEND RESPONSE

---

    Plaintiff's Motion for Leave to Submit Exhibits In Support of Her Response to Motion for Summary Judgment (Dkt. # 66) is GRANTED. The Exhibits 2 and 3 attached to the motion are allowed to be entered into the record as exhibits in support of plaintiff's Response Brief to Defendant's Motion for Summary Judgment.

    DATED: November 14, 2006

                                                      BY THE COURT:

                                                      *s/ Phillip S. Figa*

                                                      _____
                                                      Phillip S. Figa
                                                      United States District Judge