IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01508-PSF-PAC

KAY PERSICHITTE,

Plaintiff,

v.

UNIVERSITY OF NORTHERN COLORADO,

Defendant.

---

**JUDGMENT**

---

PURSUANT to and in accordance with the Order Granting Motion for Summary Judgment entered by the Honorable Phillip S. Figa on January 25, 2007, it is

ORDERED that Defendant's Motion for Summary Judgment is GRANTED. It is

FURTHER ORDERED that judgment is entered in favor of Defendant University of Northern Colorado and against Plaintiff Kay Persichitte. It is

FURTHER ORDERED that Defendant University of Northern Colorado shall have its costs by the filing of a Bill of Costs with the Clerk of this Court within ten days of the entry of judgment. It is

FURTHER ORDERED that this civil action and Complaint are DISMISSED with prejudice.

DATED January 26th , 2007.

FOR THE COURT:

Gregory C. Langham, Clerk

s/Stephen P. Ehrlich

By______________________________
Stephen P. Ehrlich
Chief Deputy Clerk