IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Wiley Y. Daniel

Civil Action No. 05-cv-01508-WYD-BNB

THE SOCIETY OF LLOYD'S,

Plaintiff,

v.

RAYMOND C. LEE; and
KATHERINE T. LEE,

Defendants.

---

JUDGMENT

---

Pursuant to and in accordance with the Order, filed on July 26, 2007 by the Honorable Wiley Y. Daniel, United States District Judge, and incorporated herein by reference as if fully set forth, it is

ORDERED that judgment is hereby entered in favor of defendants, Raymond C. Lee and Katherine T. Lee, and against plaintiff, The Society of Lloyd's, on Defendants' Motion to Dismiss. It is further

ORDERED that Plaintiff's claims based on the alleged 1991 fraudulent transfers of real property are dismissed with prejudice. It is further

ORDERED that Plaintiff's claims based on the alleged fraudulent transfer of approximately $41,071.00 in funds is dismissed without prejudice. It is further

ORDERED that plaintiff's complaint and action are dismissed.

DATED at Denver, Colorado this 26th day of July, 2007.

FOR THE COURT:

GREGORY C. LANGHAM, CLERK

s/ Stephen P. Ehrlich
Stephen P. Ehrlich,
Chief Deputy Clerk